Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
**Kazerouni Law Group, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Paul Stephens

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL STEPHENS, individually an on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED TRANZACTIONS, LLC,<br><br>Defendant. | **Case No.: 3:19-cv-0595-CAB-AGS**<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. CATHY A. BENCIVENGO** |

Plaintiff PAUL STEPHENS, hereby moves to dismiss the above entitled action with prejudice as to the named Plaintiff and without prejudice as to the Putative Class, pursuant to Fed. R. Civ. Procedure 41(a)(1)(ii), each party shall bear his/its own costs.  The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this Putative Class action because this action has not been certified as a class.

WHEREFORE, Plaintiff respectfully requests that this court dismiss this action with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class.

Respectfully submitted,

Dated: November 6, 2019               **KAZEROUNI LAW GROUP, APC**

                                       By: s/Yana A. Hart
                                           Yana A. Hart
                                           *Attorneys for Plaintiff*

Dated: November 6, 2019               **GORDAN & REES SCULLY MANSUKHANI LLP**

                                       By: s/Sean P. Flynn
                                           Sean P. Flynn
                                           *Attorneys for Defendant*

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Sean P. Flynn, counsel for the Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: November 6, 2019               **KAZEROUNI LAW GROUP, APC**

                                       By: s/Yana A. Hart
                                           Yana A. Hart
                                           *Attorneys for Plaintiff*